COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.
 2-06-173-CR

 

 

LEONARD R. DORSETT                                                         APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

       FROM COUNTY CRIMINAL COURT NO. 10 OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------








Appellant Leonard R. Dorsett
attempts to appeal the trial court=s denial of his petition for writ of mandamus in which Appellant
apparently challenged his conviction by a municipal court.  On May 30, 2006, we notified Appellant that
this court was concerned that it lacked jurisdiction over this appeal.  On June 9, 2006, Appellant filed a response,
conceding that the denial of the writ of mandamus was not appealable.  We therefore dismiss this appeal.  See Tex.
R. App. P. 43.2(f), 44.3.

PER CURIAM

 

PANEL D:   GARDNER, J.; CAYCE, C.J.; and DAUPHINOT, J.

 

DO
NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  July 20, 2006   











[1]See Tex. R. App. P. 47.4.